ACCEPTED
01-13-00909-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/1/2015 12:47:47 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-13-00909-CR

_____

**In the**
**Court of Appeals**
**For the**
**First District of Texas**
**At Houston**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

1/2/2015 9:53:00 AM

CHRISTOPHER A. PRINE
Clerk

_____

**No. 1369903**
**In the 182nd District Court of**
**Harris County, Texas**

_____

**MICHAEL ODURO KWARTENG,**
*Appellant*
**v.**
**THE STATE OF TEXAS,**
*Appellee*

---

### MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

---

TO THE HONORABLE COURT OF APPEALS OF TEXAS:

COMES NOW MICHAEL ODURO KWARTENG, the Appellant in the above styled and numbered case, and pursuant to Rules 10.5(b) and 38.6(d) of the Texas Rules of Appellate Procedure, respectfully moves this Honorable Court to extend the time to file the Appellant's brief, and in support thereof would show the Court as follows:

1

## I.

Undersigned counsel was appointed on March 5, 2014.

## II.

The deadline for filing the Appellant's Brief in this case was December 22, 2014.

## III.

The Appellant requests a 45-day extension for filing his Brief.

## IV.

Two extensions have been granted since counsel was appointed. The Appellant also filed a pro se motion for extension on February 14, 2014, after which undersigned counsel was appointed.

## V.

The following facts are relied upon to show good cause for the requested extension:

a.  This case involves a guilty plea with a sentencing hearing based on a pre-sentence investigation report (PSI).

b.  The appellant was sentenced to 10 years in prison.

c.  The PSI is the most critical document in this appeal and it is currently not in the record. Counsel is still trying to obtain the PSI.

d.  Counsel has been out of town for the Christmas holidays.

e. The Appellant's motion is not for purposes of delay, but so justice may be done by affording effective assistance of counsel.

WHEREFORE PREMISES CONSIDERED, the Appellant respectfully requests that this Honorable Court grant an extension of time until February 5, 2015 in which to file the Appellant's brief in this case.

Respectfully submitted,


\_\_/s/ Emily Detoto_____
EMILY DETOTO
State Bar No. 00797876

917 Franklin, 4TH Floor
Houston, Texas 77002
(713) 227-2244
(713) 222-5840 (fax)
emilydetoto@mac.com


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Appellant's Motion for Extension of Time to File Appellant's Brief was electronically delivered to Mr. Alan Curry, Appellate Division Chief, Harris County District Attorney's Office, on this 1st day of January 2015.


\_\_\_/s/ Emily Detoto\_\_\_
EMILY DETOTO